UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 05-80722-3
HON. PATRICK J. DUGGAN

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JIMMY HENDERSON,

    Defendant(s).
_____/

## ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on March 25, 2010.

This matter is before the Court on Defendant's Motion for Termination of Supervised Release. The Court has been informed that the Probation Department has no objection to the termination of supervision and the Government has not filed a response, therefore;

IT IS ORDERED that the Motion for Termination of Supervised Release be and the same is hereby GRANTED and supervision is deemed terminated as of the date of this order.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: March 25, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 25, 2010, by electronic and/or ordinary mail.
    s/Marilyn Orem
    Case Manager